THE PEOPLE OF THE STATE OF NEW YORK ex rel. HYMAN FISH, Appellant, *v.* ALFRED SMITH, as Sheriff of the County of New York, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*People ex rel. Fish* v. *Smith*, 177 App. Div. 152, affirmed.
(Argued April 26, 1917; decided July 11, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1917, which reversed an order of the court at a Trial Term sustaining a writ of habeas corpus and dismissing an indictment against the relator, dismissed said writ, reinstated the indictment and remanded the relator to custody. The relator was indicted, tried and convicted, but on appeal the judgment of conviction was reversed and the indictment dismissed. He was thereafter again indicted upon the same state of facts and arrested. He thereupon sued out a writ of habeas corpus alleging former jeopardy. The question was as to

whether the crime charged in the second indictment was the same as that charged by the first.

*William Travers Jerome* for appellant.

*Edward Swann, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: CHASE, J.